**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

---

**Re: KEVIN D. TAYLOR**

**Debtor(s)**

Case No. 2:20-bk-51110-SDR
Chapter 13

---

### NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

---

The Debtor would notify the Court that their correct address is:

2105 Anderson Street, Apt. B
Bristol, TN  37620

The Debtor would request that the Clerk of the Court make this correction to its records.

Respectfully Submitted:

/s/ Charles Parks Pope
Charles Parks Pope (BPR#15617)
Attorney for Debtor(s)
P.O. Box 6185
Johnson City, TN 37602
423-282-2512
423-282-2703 fax
charles@thepopefirm.com

### CERTIFICATE  OF  SERVICE

The undersigned hereby certifies that the foregoing Notice of Change of Address was electronically served upon the US Trustee at ustpregion08.kx@usdoj.gov and Gwendolyn M. Kerney Chapter 13 Trustee at trustee@ch13etn.com  on March 29, 2022.

/s/ Charles Parks Pope
Charles Parks Pope, BPR#15617
Attorney for Debtor(s)