**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, name and address of the entity entitled to unclaimed funds in the referenced case.

Case #:	20-51110-RRM
Debtor(s) Name:	Kevin D Taylor /

Unclaimed Funds Check #:	12190595
Date Unclaimed Funds check issued:	January 30, 2023

**Amount remitted to Unclaimed Funds - case # 20-51110:	$3537.42**
Claim Number:	999
Court Claim Number:	Debtor Refund Claim

Debtor Name and Address:

Kevin D Taylor \
2105 Anderson Street, Apt. B
Bristol, TN  37620

s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
314 Erin Drive, Ste. 201
Knoxville, TN.  37919
(865) 524-4995